# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ACE OILFIELD RENTALS, LLC,      ) | |
|          ) | |
|     Plaintiff,      ) | |
|          ) | |
| vs.      ) | Case No. CIV-15-672-D |
|          ) | |
| WESTERN DAKOTA AND      ) | |
| FABRICATION, LLC, *et al.*,      ) | |
|          ) | |
|     Defendants      ) | |

## **O R D E R**

The Court has been advised that Defendants Tucker D. Pankowski and Douglas J. Kerkvliet have filed petitions in the United States Bankruptcy Court for the District of South Dakota, Case Nos. 16-50206 and 16-50207, respectively. *See* Notice [Doc. No. 64]. Pursuant to 11 U. S. C. §362, any proceedings against the individual Defendants in this case are stayed.

Defendant Western Dakota and Fabrication, LLC ("Western Dakota"),[1] although consisting of only two members, Defendants Pankowski and Kerkvliet, has not filed bankruptcy. Because the automatic stay does not extend protection to non-debtors (*see In re Bednar*, No. 15-11916, 2016 WL 3475633, at *2 (Bankr. W.D. Okla. Jan. 22, 2016)), the present proceedings are not stayed as to Defendant Western Dakota.

---

[1] According to Defendants' Amended Notice of Removal [Doc. No. 16], Defendant Western Dakota's correct name is Western Dakota Welding and Fabrication, LLC.

IT IS SO ORDERED this 9th day of September, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE