# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ACE OILFIELD RENTALS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-672-D |
| | ) | |
| WESTERN DAKOTA AND FABRICATION, | ) | |
| LLC, a South Dakota limited liability company, | ) | |
| DOUG KERKVLIET, an individual, and | ) | |
| TUCKER PANKOWSKI, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT AND ORDER OF INJUNCTION

Plaintiff's Motion for Entry of Judgment as to Defendant Western Dakota and Fabrication, LLC, aka Western Dakota Welding and Fabrication, LLC [Doc. No. 66] was previously granted [Doc. No. 69], but a hearing was necessary in order to determine recoverable damages. A hearing pertaining to damages was held on March 1, 2017. Pursuant to the Order entered September 1, 2017 [Doc. No. 74], the Court enters judgment for Plaintiff against Western Dakota for damages in the amounts as follows:

1. $454,554.90 in actual damages;

2. $1.00 in nominal damages;

3. $89,952.80 in punitive damages; and

4. $108,390.25 in attorney's fees.

IT IS FURTHER ORDERED that Western Dakota, and all persons or entities acting in concert with it, are permanently enjoined and restrained from the following acts:

a) manufacturing, offering for sale, selling, advertising, distributing or marketing Plaintiff's HydraCat via the Internet or to the general public. This restriction includes any further marketing, selling, advertising or distributing of the HydraCat to any past, existing, or future customers; and

b) disseminating or disclosing to any third party Plaintiff's confidential proprietary information and trade secrets.

**ENTERED** this 6th day of September 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE